# EXHIBIT “A”

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**Electronically FILED by Superior Court of California, County of Los Angeles 9/12/2023 4:02 PM David W. Slayton, Executive Officer/Clerk of Court, By M. Ceballos, Deputy Clerk**

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***
TARGET CORPORATION

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***
ERNEST CASTRO

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

***¡AVISO!*** *Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

CASE NUMBER:
*(Número del Caso):*
23NWCV02895

The name and address of the court is:
*(El nombre y dirección de la corte es):*
**Norwalk Courthouse**
**12720 Norwalk Blvd.**
**Norwalk CA 90650**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
**Arya Tahmassebi 327610** **3238381444**
**5440 E, Beverly Blvd. Los Angeles CA 90022**

DATE: *(Fecha)* ~~9/10/2023~~ 09/12/2023 Clerk, by *(Secretario)* M. Ceballos , Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]




**NOTICE TO THE PERSON SERVED:** You are served

1. [✔] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify)*:
3. [ ] on behalf of *(specify)*:

   under: [ ] CCP 416.10 (corporation) [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
   [ ] other *(specify)*:
4. [ ] by personal delivery on *(date)*:

Page 1 of 1

**MENDEZ & SANCHEZ, A.P.C.**
MICHAEL A. SANCHEZ, ESQ. (SBN: 303005)
*msanchez@mswlegal.com*
GIANCARLO MENDEZ, ESQ. (SBN: 306961)
*gmendez@mswlegal.com*
ARYA TAHMASSEBI, ESQ. (SBN: 327610)
*arya@mswlegal.com*
5440 E. Beverly Blvd.
Los Angeles, California 90022-2208
Telephone No.: (323) 838-1444
Facsimile No.: (323) 838-1226

**Electronically FILED by Superior Court of California, County of Los Angeles 9/12/2023 4:02 PM David W. Slayton, Executive Officer/Clerk of Court, By M. Ceballos, Deputy Clerk**

Attorneys for Plaintiff,
ERNEST CASTRO

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES—NORWALK COURTHOUSE**

| | |
|---|---|
| ERNEST CASTRO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Corporate entity; and DOES 1 to 50, inclusive,<br><br>Defendants. | CASE NO.: 23NWCV02895<br><br>**COMPLAINT FOR:**<br><br>**1. NEGLIGENCE (Premises Liability)** |

COMES NOW Plaintiff, ERNEST CASTRO, an individual, (hereinafter, "Plaintiff" or "CASTRO"), and for causes of action against Defendants, TARGET CORPORATION, a corporation, (hereinafter, "Defendant" or "TARGET") and DOES 1 through 50, inclusive, alleges as follows:

**GENERAL ALLEGATIONS**

1. Plaintiff is informed and believes and thereon alleges that at all times herein mentioned, Plaintiff was a resident of County of Los Angeles, State of California.

2. Plaintiff is further informed and believes and thereon alleges that at all times herein mentioned, Defendants were residents and/or do business in the County of Los Angeles, State of California.

MENDEZ & SANCHEZ, A.P.C.
Attorneys at Law
5440 E. BEVERLY BLVD.
LOS ANGELES, CALIFORNIA 90022-2208
TELEPHONE (323) 838-1444 • FAX (323) 838-1226

3. Defendant TARGET, is a corporation, organized in the State of Minnesota, and at all relevant times herein mentioned, does business at 1000 Nicollet Mall Minneapolis, MN, 55403.

4. The true names and capacities, whether individual, corporate, associate or otherwise of defendants DOES 1 through 50, inclusive, and each of them, are unknown to plaintiff, who therefore sues said defendants by such fictitious names. Plaintiff will ask leave of court to amend this complaint when the true names and capacities have been ascertained. Plaintiff is informed and believes and thereon alleges that each of said defendants is responsible in some manner for the events and happenings herein referred to and negligently caused injuries and damages to plaintiff as hereinafter alleged.

5. Plaintiff is informed and believes and thereon alleges that at all times herein mentioned, Defendants, and each of them, were residents of the County of Los Angeles, State of California.

6. Plaintiff is informed and believes and thereon alleges that at all times herein mentioned, each of the Defendants was the agent, servant, joint venturers, and employee of each of the remaining Defendants, and in doing the acts hereinafter alleged was acting within the course and scope of said agency, service, venture, and/or employment.

7. Prior to the filing of the initial Complaint, a period of less than two (2) calendar years had not yet elapsed after plaintiff first learned, or had reasonable opportunity to learn, of the facts that the injuries and damages suffered and complained herein were the result of the acts or omissions to act on the part of the defendants, and each of them. That further, prior to the filing of the instant Complaint, the defendants, and each of them knew or should have known of their own acts or omissions to act on the part of the defendants, and each of them and the relationship between said conduct and the harm incurred by the plaintiff and failed to disclose those acts and circumstances to plaintiff prior to plaintiff having reasonable opportunity to learn of said conduct.

8. Plaintiff is informed and believes and thereon alleges that at all times herein mentioned, Defendants TARGET, and DOES 1 through 50, inclusive and each of them, owned, leased, managed, possessed, maintained, occupied and controlled certain real property located at 8800 Whittier Blvd., Pico Rivera, California 90660 (the "SUBJECT PREMISES").

MENDEZ & SANCHEZ, A.P.C.
Attorneys at Law
5440 E. BEVERLY BLVD.
LOS ANGELES, CALIFORNIA 90022-2208
TELEPHONE (323) 838-1444 ◆ FAX (323) 838-1226

## JURISDICTION AND VENUE

9. This court has jurisdiction over this action pursuant to California Constitution Article IV, Section 10, which grants the Superior Court "original jurisdiction in all causes except those given by statute to other courts." The statute under which this action is brought does not specify any other basis for jurisdiction.

10. This Court has jurisdiction over all defendants because, upon information and belief, each party is either a citizen of California, has sufficient minimum contacts in California, or otherwise intentionally avails itself of the California market so as to render this Court's jurisdiction over it consistent with traditional notions of fair play and substantial justice.

11. Venue as to each defendant is proper in this judicial pursuant to *California Code of Civil Procedure* sections 395(a) and 395.5, because the acts herein complained of, and the injuries to Plaintiff, occurred in the County of Los Angeles.

## FIRST CAUSE OF ACTION

(Negligence ((Premises Liability)) – Against All Defendants)

12. Plaintiff hereby incorporates by reference all of the allegations in Paragraphs 1 through 11 above as though fully set forth herein.

13. On or about June 10, 2022, Plaintiff, a customer of Defendants and each of them, was lawfully and legally at the SUBJECT PREMISES during regular business hours for the purpose of purchasing products sold by Defendants to the general public.

14. As Plaintiff was walking in the front door, Plaintiff tripped and fell on a TARGET motorized scooter that was left in the walking path at the SUBJECT PREMISES. There was no purpose for the scooter to be left in the path, and Plaintiff never saw it prior to tripping and falling.

15. The area of the SUBJECT PREMISES where Plaintiff fell was owned, leased, managed, possessed, maintained, occupied and controlled by Defendants, and each of them.

16. The above referenced floor area created an unreasonable risk of harm and constituted a dangerous condition at the SUBJECT PREMISES.

17. Plaintiff is informed and believes and thereon alleges that at all times herein mentioned, Defendants and each of them, had a legal duty to use reasonable care to keep the

MENDEZ & SANCHEZ, A.P.C.
Attorneys at Law
5440 E. BEVERLY BLVD.
LOS ANGELES, CALIFORNIA 90022-2208
TELEPHONE (323) 838-1444 • FAX (323) 838-1226

SUBJECT PREMISES in a reasonably safe condition, and that Defendants and each of them, breached said legal duty of care by 1) creating a dangerous condition by leaving out the above referenced scooter, a tripping hazard, in the walking path and in an area where Defendants and each of them knew or reasonably should have known, their customers would walk, 2) failing to remedy, repair, replace, protect against harm, or give adequate warning of a known dangerous condition, and/or to use reasonable care to discover a dangerous condition, and 3) failing to remedy, repair, replace, protect against harm, or give adequate warning of said dangerous condition.

18. Plaintiff is informed and believes and thereon alleges that at all times herein mentioned, that the aforementioned dangerous condition(s) was not open or obvious, and at no time herein mentioned did Plaintiff assume the risk of encountering the condition.

19. Plaintiff is informed and believes and thereon alleges that at all times herein mentioned, that Defendants' and each of their breach of their legal duties, as stated above, constituted negligence in the use and/or maintenance of the SUBJECT PREMISES, and that said negligence was a substantial factor in causing Plaintiff's serious physical injuries and damages.

20. Defendants', and each of their negligence, as stated above, actually and proximately caused severe bodily injury and harm to Plaintiff, resulting in physical injuries, medical special damages, loss of income and earning capacity, general damages and other damages to be proven at trial, in excess of $24,000.

21. As a direct and proximate result of the conduct of Defendants, and each of them, Plaintiff was compelled to and did employ the services of hospitals, physicians, surgeons, nurses and the like to care for and treat him, and did incur hospital, medical, professional and incidental expenses, and Plaintiff is informed and believes, and thereupon alleges, that by reason of his injuries, Plaintiff will necessarily incur additional like expenses for an indefinite period of time in the future, the exact amount of which expenses will be stated according to proof, pursuant to *Code of Civil Procedure*, Section 425.10.

22. As a direct and proximate result of the conduct of Defendants, and each of them, plaintiff sustained severe injuries, including but not limited to lost earnings and earning capacity, physical injuries, severe emotional and mental distress, post-traumatic stress, fear, anxiety,

MENDEZ & SANCHEZ, A.P.C.
Attorneys at Law
5440 E. BEVERLY BLVD.
LOS ANGELES, CALIFORNIA 90022-2208
TELEPHONE (323) 838-1444 • FAX (323) 838-1226

humiliation, grief, and embarrassment. The exact amount of such damage is unknown at this time, to be determined at the time of trial.

23. As a direct and proximate result of the conduct of Defendants, and each of them, Plaintiff was grievously and permanently injured and hurt in Plaintiff's health, strength and activity, sustaining injuries to his body and shock and injury to his nervous system and person, all of which said injuries have caused and continue to cause Plaintiff great physical, mental and emotional pain and suffering. Plaintiff is informed and believes, and thereupon alleges, that said injuries will result in permanent and degenerative disabilities to Plaintiff, all to Plaintiff's general damage in an amount which will be stated according to proof at the trial in this case.

24. As a direct and proximate result of the conduct of Defendants, and each of them, Plaintiff is informed and believes, and thereupon alleges, that Plaintiff had a physical or emotional condition that was made worse by Defendants', and each of their wrongful conduct, and that as a result of such wrongful conduct, Plaintiff is entitled to an award of damages that will reasonable and fairly compensate Plaintiff for the effect on that condition.

25. As a direct and proximate result of the conduct of Defendants, and each of them, Plaintiff is informed and believes, and thereupon alleges, that Plaintiff was more susceptible to injury than a normally healthy person prior to Defendants' and each of their wrongful conduct as complained herein, and as a result of Plaintiff's pre-existing increased susceptibility, Plaintiff was injured as a proximate result of Defendants' and each of their wrongful conduct, even if a normally health person would not have suffered similar injury.

///

///

///

///

///

///

///

///

MENDEZ & SANCHEZ, A.P.C.
Attorneys at Law
5440 E. BEVERLY BLVD.
LOS ANGELES, CALIFORNIA 90022-2208
TELEPHONE (323) 838-1444 ♦ FAX (323) 838-1226

MENDEZ & SANCHEZ, A.P.C.
Attorneys at Law
5440 E. BEVERLY BLVD.
LOS ANGELES, CALIFORNIA 90022-2208
TELEPHONE (323) 838-1444 ♦ FAX (323) 838-1226

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against the Defendants, and each of them, as follows:

1. General damages, according to proof, and within the jurisdictional limits of this Court, as against all defendants, and each of them;
2. Past, present and/or future loss of earnings, according to proof, as against all defendants, and each of them;
3. Loss of earning capacity, according to proof, as against all defendants, and each of them;
4. Special Damages for past, present and/or future hospital, medical, professional and incidental expenses, according to proof, as against all defendants, and each of them;
5. For plaintiff's past, present and/or future economic damages, according to proof, as against all defendants, and each of them; and
6. For any other relief as the Court deems just and proper.

Dated: September 13, 2023

MENDEZ & SANCHEZ, A.P.C.

BY: ______________________

MICHAEL A. SANCHEZ, ESQ.
GIANCARLO MENDEZ, ESQ.
ARYA TAHMASSEBI, ESQ.
Attorney for Plaintiff,
ERNESTO CASTRO

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial.

Dated: September 13, 2023

MENDEZ & SANCHEZ, A.P.C.

BY: ______________________________

MICHAEL A. SANCHEZ, ESQ.
GIANCARLO MENDEZ, ESQ.
ARYA TAHMASSEBI, ESQ.
Attorney for Plaintiff,
ERNESTO CASTRO

MENDEZ & SANCHEZ, A.P.C.
Attorneys at Law
5440 E. BEVERLY BLVD.
LOS ANGELES, CALIFORNIA 90022-2208
TELEPHONE (323) 838-1444 • FAX (323) 838-1226

**PROOF OF SERVICE**
1013a (3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18; my business address is Mendez Sanchez, 5440 E. Beverly Blvd., Los Angeles, California 90022-2208.

On September 12, 2023, I served the foregoing document(s) described as:

**1. COMPLAINT FOR DAMAGES**

on all interested parties in this action by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelope(s) addressed as follows:

SEE SERVICE LIST ATTACHED

☐ BY MAIL:

☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL SERVICE: I delivered such envelope by hand to the offices of the addressee.

☐ BY FACSIMILE: The document(s) were transmitted by facsimile transmission to each of the parties at the facsimile number(s) listed on the attached service/mailing list and the transmission(s) reported as complete and without error. The facsimile machine I used complied with the California Rules of Court, Rule 2.301, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2.306, I caused the facsimile machine to print a transmission record, a true and correct copy of which is attached hereto.

☒ **BY EMAIL OR ELECTRONIC TRANSMISSION**: Based on a Court Order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the person(s) at the email address(es) listed in Item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. [Rules of Court Rule 2.256(a)(4).]

Executed on September 12, 2023, at Los Angeles, California.

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

____________________________

MENDEZ & SANCHEZ, A.P.C.
Attorneys at Law
5440 E. BEVERLY BLVD.
LOS ANGELES, CALIFORNIA 90022-2208
TELEPHONE (323) 838-1444 ♦ FAX (323) 838-1226

MENDEZ & SANCHEZ, A.P.C.
Attorneys at Law
5440 E. BEVERLY BLVD.
LOS ANGELES, CALIFORNIA 90022-2208
TELEPHONE (323) 838-1444 ♦ FAX (323) 838-1226

**SERVICE LIST**

| | |
|---|---|
| Attorneys for Defendants, | |